## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHANIE ABDELBARY,<br><br>                              Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON;<br>     and<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a*<br>JOHNSON & JOHNSON CONSUMER<br>COMPANIES, INC.<br><br>                              Defendants. | Bk. No.: 19-1727<br><br>**REMAND ORDER** |

**THIS MATTER** having been opened to the Court on the Report and Recommendation of the Honorable Kathryn Ferguson, Chief Judge of the Bankruptcy Court for the District of New Jersey ("Bankruptcy Court"), filed in the numerous bankruptcy cases listed in Exhibit A ("Subject Cases") attached to this Order; it appearing that defendant Johnson & Johnson and Johnson & Johnson Consumer Inc., f/k/a Johnson & Johnson Consumer Companies, Inc. (collectively, "J&J"), removed the Subject Cases, which are products liability actions involving J&J's talcum powder products, from state court to the Bankruptcy Court; it appearing that on July 2, 2019, upon plaintiffs' motions for remand, the Bankruptcy Court recommended that all Subject Cases be remanded to state court pursuant to 28 U.S.C. §§ 1334(c)(1) and 1452(b); it appearing that exercising *de novo* review of the matter pursuant to Fed. R. Bankr. P. 9033(d), this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the Bankruptcy; it appearing that no objections have been filed by Defendant; it appearing that because this Court finds, independently, that the Report and Recommendation of the Bankruptcy Court is well founded in law and supported by the record, this Court hereby adopts the recommendations in their entirety; accordingly,

**IT IS HEREBY ORDERED** this 13th day of September that the Report and Recommendation by the Bankruptcy is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety;

**IT IS FURTHER ORDERED** that all Subject Cases listed in Exhibit A, attached hereto, is hereby remanded to the Superior Court of New Jersey, Atlantic County, Law Division.


/s/ Freda L. Wolfson
FREDA L. WOLFSON
U.S. Chief District Judge

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 1. | Abdelbary, Stephanie v. Johnson & Johnson, et al. | 19-01727 | | ATL-L-2593-17 |
| 2. | Acevedo, Lola v. Johnson & Johnson, et al. | 19-01661 | 3:19-cv-15175 | ATL-L-2256-17 |
| 3. | Ager, Stella v. Johnson & Johnson, et al. | 19-01549 | 3:19-cv-14936 | ATL-L-151-18 |
| 4. | Alexander, Linda v. Johnson & Johnson, et al. | 19-01943 | 3:19-cv-15317 | ATL-L-1932-16 |
| 5. | Alexander, Lisa v. Johnson & Johnson, et al. | 19-01207 | 3:19-cv-10345 | ATL-L-87-18 |
| 6. | Allen, Phillip v. Johnson & Johnson, et al. | 19-01461 | | ATL-L-2901-15 |
| 7. | Alverez-Perez, Yvette v. Johnson & Johnson, et al. | 19-01208 | 3:19-cv-10405 | ATL-L-2237-17 |
| 8. | Amo, Donna v. Johnson & Johnson, et al. | 19-01809 | 3:19-cv-15304 | ATL-L-590-19 |
| 9. | Amorgretti, Gloria v. Johnson & Johnson, et al. | 19-01209 | 3:19-cv-10406 | ATL-L-2281-17 |
| 10. | Amrich, Sheila v. Johnson & Johnson, et al. | 19-01210 | 3:19-cv-10407 | ATL-L-642-18 |
| 11. | Anderson, Kathryn v. Johnson & Johnson, et al. | 19-01944 | | ATL-L-726-16 |
| 12. | Anderson, Sandra et al v. Johnson & Johnson et al | 19-01550 | 3:19-cv-14937 | ATL-L-2427-17 |
| 13. | Aparicio, Constance v. Johnson & Johnson, et al. | 19-01205 | 3:19-cv-14876 | ATL-L-1951-17 |
| 14. | Applewhite, Jenny v. Johnson & Johnson, et al. | 19-01468 | 3:19-cv-14926 | ATL-L-1995-14 |
| 15. | Aromando, Laurie v. Johnson & Johnson et al | 19-01664 | | ATL-L-2417-17 |
| 16. | Auld, Carla v. Johnson & Johnson, et al. | 19-01667 | | ATL-L-1804-18 |
| 17. | Axten, Marita v. Johnson & Johnson et al | 19-01213 | 3:19-cv-10408 | ATL-L-2404-17 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 18. | Bacon-Barnette, Karen v. Johnson & Johnson, et al. | 19-01215 | 3:19-cv-10409 | ATL-L-368-15 |
| 19. | Badgley, Charles S. v. Johnson & Johnson, et al. | 19-01473 | | ATL-L-924-16 |
| 20. | Bailey, Almeter v. Johnson & Johnson, et al. | 19-01302 | | ATL-2054-18 |
| 21. | Baldino, Lucille, et al. v. Johnson & Johnson, et al. | 19-01810 | | ATL-L-1060-18 |
| 22. | Bannar, Dorothy v. Johnson & Johnson, et al. | 19-01301 | | ATL-L-2442-18 |
| 23. | Baran, Nora v. Johnson & Johnson, et al. | 19-01252 | | ATL-L-2304-17 |
| 24. | Barcellona, Kathryn v. Johnson & Johnson, et al. | 19-01254 | | ATL-L-2986-18 |
| 25. | Barge, Deborah v. Johnson & Johnson, et al. | 19-01477 | | ATL-L-2891-15 |
| 26. | Barnholt, Dianne v. Johnson & Johnson, et al. | 19-01255 | | ATL-L-1419-17 |
| 27. | Barringer, Denise v. Johnson & Johnson, et al. | 19-01281 | | ATL-L-1127-16 |
| 28. | Bartlett, Carol v. Johnson & Johnson, et al. | 19-01742 | 3:19-cv-15224 | ATL-L-1984-16 |
| 29. | Bates, Carley v. Johnson & Johnson, et al. | 19-01853 | | ATL-L-1938-16 |
| 30. | Bean, Mary v. Johnson & Johnson, et al. | 19-01743 | 3:19-cv-15225 | ATL-L-1234-16 |
| 31. | Beauchamp, Lisa v. Johnson & Johnson, et al. | 19-01283 | | ATL-L-11-16 |
| 32. | Beddingfield, Ruth v. Johnson & Johnson, et al. | 19-01479 | | ATL-L-2961-15 |
| 33. | Benber, Georgia v. Johnson & Johnson, et al. | 19-01557 | 3:19-cv-14941 | ATL-L-150-18 |
| 34. | Bian, Mary v. Johnson & Johnson, et al. | 19-01287 | | ATL-L-2238-17 |

|  | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 35. | Black, Lavinia v. Johnson & Johnson, et al. | 19-01839 | 3:19-cv-15295 | ATL-L-2056-17 |
| 36. | Blei, Leslie v. Johnson & Johnson, et al. | 19-01389 |  | ATL-L-2242-17 |
| 37. | Bochanski, John v. Johnson & Johnson, et al. | 19-01294 |  | ATL-L-228-19 |
| 38. | Bonanno, Linda v. Johnson & Johnson, et al. | 19-01482 |  | ATL-L-0250-15 |
| 39. | Borger, Susan v. Johnson & Johnson, et al. | 19-01669 |  | ATL-L-337-18 |
| 40. | Bothe, Beverly, et al. v. Johnson & Johnson, et al. | 19-01672 |  | ATL-L-2602-17 |
| 41. | Braithwaite III, Allen v. Johnson & Johnson, et al. | 19-01299 |  | ATL-L-2282-17 |
| 42. | Brien, Claire v. Johnson & Johnson, et al. | 19-01303 |  | ATL-L-1180-16 |
| 43. | Brookings, Cheryl v. Johnson & Johnson, et al. | 19-01724 |  | ATL-L-432-19 |
| 44. | Brown, Lynette v. Johnson & Johnson, et al. | 19-01811 | 3:19-cv-15305 | ATL-L-3015-18 |
| 45. | Brown, Teresa v. Johnson & Johnson, et al. | 19-01673 |  | ATL-L-2260-17 |
| 46. | Bryant, Wendy v. Johnson & Johnson, et al. | 19-01552 | 3:19-cv-14938 | ATL-L-134-18 |
| 47. | Buannic, Lynn E. v. Johnson & Johnson, et al. | 19-01793 |  | ATL-L-2447-18 |
| 48. | Buck, Marcia v. Johnson & Johnson, et al. | 19-01483 |  | ATL-L-09-15 |
| 49. | Buczek, Royce v. Johnson & Johnson, et al. | 19-01304 |  | ATL-L-2239-17 |
| 50. | Buksar, Marilyn v. Johnson & Johnson, et al. | 19-01700 |  | ATL-L-594-18 |
| 51. | Bunke, Tina v. Johnson & Johnson, et al. | 19-01395 |  | ATL-L-998-16 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 52. | Burch, Shirley F. v. Johnson & Johnson, et al. | 19-01305 | | ATL-L-1812-18 |
| 53. | Burciar, Roselyn v. Johnson & Johnson, et al. | 19-01677 | 3:19-cv-15189 | ATL-L-146-18 |
| 54. | Burden, Tasha v. Johnson & Johnson, et al. | 19-01553 | 3:19-cv-15767 | ATL-L-26-18 |
| 55. | Burgos, Elizabeth and Bernardo Burgos v. Johnson & Johnson, et al. | 19-01484 | | ATL-L-2952-15 |
| 56. | Burke, Aisha L. v. Johnson & Johnson, et al. | 19-01515 | | ATL-L-241-15 |
| 57. | Burns, Tamara v. Johnson & Johnson, et al. | 19-01397 | | ATL-L-2996-15 |
| 58. | Busha, Patricia v. Johnson & Johnson, et al. | 19-01950 | 3:19-cv-15487 | ATL-L-349-18 |
| 59. | Bustos, Lisa B. v. Johnson & Johnson, et al. | 19-01738 | | ATL-L-2422 |
| 60. | Butterworth, Jacquelin v. Johnson & Johnson, et al. | 19-01306 | | ATL-L-159-18 |
| 61. | Buttitta, Paula v. Johnson & Johnson, et al. | 19-01307 | | ATL-L-2716-17 |
| 62. | Butts, Pamela v. Johnson & Johnson, et al. | 19-01486 | | ATL-L-2889-15 |
| 63. | Cabael, Dominador v. Johnson & Johnson, et al. | 19-01487 | | ATL-L-555-16 |
| 64. | Cadden, Kimberly (Martha Busch, deceased) v. Johnson & Johnson, et al. | 19-01328 | | ATL-L-588-16 |
| 65. | Caffee, Mary v. Johnson & Johnson, et al. | 19-01744 | 3:19-cv-15226 | ATL-L-1870-16 |
| 66. | Callahan, Jason v. Johnson & Johnson, et al. | 19-01516 | | ATL-L-2899-15 |
| 67. | Campbell, Vanessa v. Johnson & Johnson, et al. | 19-01702 | | ATL-L-1286-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 68. | Carpenter, Karen v. Johnson & Johnson, et al. | 19-01745 | 3:19-cv-15227 | ATL-L-1931-16 |
| 69. | Caruso, Gregory v. Johnson & Johnson, et al. | 19-01732 | | ATL-L-2595-17 |
| 70. | Casey, Edda v. Johnson & Johnson, et al. | 19-01801 | 3:19-cv-15470 | ATL-L-2915-18 |
| 71. | Catarious, Lori v. Johnson & Johnson, et al. | 19-01675 | | ATL-L-657-19 |
| 72. | Chesteen, Randy v. Johnson & Johnson, et al. | 19-01520 | | ATL-L-414-14 |
| 73. | Chimento, Carol v. Johnson & Johnson, et al. | 19-01835 | | ATL-L-2234-17 |
| 74. | Christopher, Kelly v. Johnson & Johnson, et al. | 19-01822 | 3:19-cv-15286 | ATL-L-1721-18 |
| 75. | Cianfrini, Christine v. Johnson & Johnson, et al. | 19-01308 | | ATL-L-2719 |
| 76. | Clugston, Nicole v. Johnson & Johnson, et al. | 19-01309 | | ATL-L-0813-15 |
| 77. | Colandra, Barbara v. Johnson & Johnson, et al. | 19-01310 | | ATL-L-303-18 |
| 78. | Coleman, Cherrie v. Johnson & Johnson, et al. | 19-01311 | | ATL-L-1313-16 |
| 79. | Collins, Patricia v. Johnson & Johnson, et al. | 19-01312 | | ATL-L-2243-17 |
| 80. | Conley, Annette v. Johnson & Johnson, et al. | 19-01521 | | ATL-L-6755-14 |
| 81. | Cormier, Denise v. Johnson & Johnson, et al. | 19-01314 | | ATL-L-643-18 |
| 82. | Cortez, Mary v. Johnson & Johnson, et al. | 19-01315 | 3:19-cv-14904 | ATL-L-1933-16 |
| 83. | Covington, Sally v. Johnson & Johnson, et al. | 19-01804 | 3:19-cv-15468 | ATL-L-247-19 |
| 84. | Craig, Marrily and Daniel Craig v. Johnson & Johnson, et al. | 19-01523 | | ATL-L-6504-14 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 85. | Crain, Stacey v. Johnson & Johnson, et al. | 19-01555 | 3:19-cv-14939 | ATL-L-357-18 |
| 86. | Crawley, George v. Johnson & Johnson, et al. | 19-01528 | | ATL-L-045-16 |
| 87. | Crossman, Doug v. Johnson & Johnson, et al. | 19-01526 | | ATL-L-2960-15 |
| 88. | Crowder, Deborah v. Johnson & Johnson, et al. | 19-01529 | | ATL-L-2898-15 |
| 89. | Cruz, Nirma v. Johnson & Johnson, et al. | 19-01569 | 3:19-cv-14967 | ATL-L-133-18 |
| 90. | Cummings, Karen v. Johnson & Johnson, et al. | 19-01678 | | ATL-L-2160-18 |
| 91. | Cymbaluk, Louise v. Johnson & Johnson, et al. | 19-01679 | 3:19-cv-15190 | ATL-L-2483-18 |
| 92. | Dagrosa, Patricia v. Johnson & Johnson, et al. | 19-01699 | | ATL-L-194-18 |
| 93. | Dana, Kathy v. Johnson & Johnson, et al. | 19-01316 | | ATL-L-085-19 |
| 94. | Danner, Linda v. Johnson & Johnson, et al. | 19-01319 | | ATL-L-964-17 |
| 95. | Dawkins, Earl v. Johnson & Johnson, et al. | 19-01322 | | ATL-L-2169-18 |
| 96. | Dawson, Passion v. Johnson & Johnson et al | 19-01571 | 3:19-cv-15055 | ATL-L-2433-17 |
| 97. | DeCastro, Jeanette v. Johnson & Johnson, et al. | 19-01825 | 3:19-cv-15288 | ATL-L-404-19 |
| 98. | Dehart, Jeremy v. Johnson & Johnson, et al. | 19-01474 | | ATL-L-660-16 |
| 99. | Demarco, Grace v. Johnson & Johnson, et al. | 19-01326 | | ATL-L-858-18 |
| 100. | Devone, JoAnn v. Johnson & Johnson, et al. | 19-01795 | | ATL-L-2354-17 |
| 101. | Dicanio, Linda, et al. v. Johnson & Johnson, et al. | 19-01334 | | ATL-L-3-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 102. | DiCesare, Laura v. Johnson & Johnson, et al. | 19-01680 | 3:19-cv-15191 | ATL-L-1368-16 |
| 103. | Dimaria, Diane v. Johnson & Johnson, et al. | 19-01862 | 3:19-cv-15474 | ATL-L-185-18 |
| 104. | Dirkson, Patricia v. Johnson & Johnson, et al. | 19-01337 | | ATL-L-1912-16 |
| 105. | Distefano, Donna v. Johnson & Johnson, et al. | 19-01339 | | ATL-L-598-15 |
| 106. | Donals, Deborah v. Johnson & Johnson, et al. | 19-01541 | | ATL-L-2394-14 |
| 107. | Dowd, Deborah v. Johnson & Johnson, et al. | 19-01340 | | ATL-L-2244-17 |
| 108. | Downs, Sue v. Johnson & Johnson, et al. | 19-01816 | 3:19-cv-15472 | ATL-L-1771-16 |
| 109. | Doyle, Charles v. Johnson & Johnson, et al. | 19-01342 | | ATL-L-1298-18 |
| 110. | Dugas, Juanita et al v. Johnson & Johnson et al | 19-01559 | 3:19-cv-14943 | ATL-L-2462-17 |
| 111. | Dunker, Margaret v. Johnson & Johnson, et al. | 19-01462 | | ATL-L-2964-15 |
| 112. | Dunn, Joellen v. Johnson & Johnson, et al. | 19-01682 | 3:19-cv-15193 | ATL-L-1524-17 |
| 113. | Dunn, William v. Johnson & Johnson, et al. | 19-01467 | | ATL-L-2972-15 |
| 114. | Dymburt, Maxene v. Johnson & Johnson, et al. | 19-01356 | | ATL-L-2136-17 |
| 115. | Dziedzic, Michelle v. Johnson & Johnson, et al. | 19-01842 | 3:19-cv-15473 | ATL-L-1304-18 |
| 116. | Dzieszkowski, Kimberly v. Johnson & Johnson, et al. | 19-01746 | 3:19-cv-15473 | ATL-L-1157-16 |
| 117. | Eash, Kathy Marie v. Johnson & Johnson, et al. | 19-01470 | | ATL-L-1010-16 |
| 118. | Easterwood, Bobby v. Johnson & Johnson, et al. | 19-01343 | | ATL-L-1136-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 119. | Eberhardt, Janice v. Johnson & Johnson, et al. | 19-01562 | 3:19-cv-14961 | ATL-L-27-17 |
| 120. | Edwards, Stacey v. Johnson & Johnson, et al. | 19-01345 | | ATL-L-1183-16 |
| 121. | Ellin, Marisa A. and Arthur C. Testa Jr. v. Johnson & Johnson, et al. | 19-01220 | | ATL-L-1315-16 |
| 122. | Endicott, Sharon v. Johnson & Johnson, et al. | 19-01346 | | ATL-L-1711-16 |
| 123. | England, Marie, et al. v. Johnson & Johnson, et al. | 19-01637 | | ATL-L-2603-17 |
| 124. | Esser, Frank v. Johnson & Johnson, et al. | 19-01639 | | ATL-L-2058-17 |
| 125. | Estelle, Pamela v. Johnson & Johnson, et al. | 19-01348 | | ATL-L-2283-17 |
| 126. | Fabian, Penny S. and Michael Fabian v. Johnson & Johnson, et al. | 19-01349 | | ATL-L-711-15 |
| 127. | Fabrizio, Frank v. Johnson & Johnson, et al. | 19-01565 | 3:19-cv-14970 | ATL-L-108-18 |
| 128. | Faison, Craigory v. Johnson & Johnson, et al. | 19-01320 | | ATL-L-955-15 |
| 129. | Fansler, Mary v. Johnson & Johnson, et al. | 19-01325 | | ATL-L-2285-17 |
| 130. | Farley, Patricia v. Johnson & Johnson, et al. | 19-01329 | | ATL-L-2094-17 |
| 131. | Farley, Rona v. Johnson & Johnson, et al. | 19-01331 | | ATL-L-2503-15 |
| 132. | Farrell, Margaret v. Johnson & Johnson, et al. | 19-01701 | | ATL-L-1836-18 |
| 133. | Fencil, Noreen v. Johnson & Johnson, et al. | 19-01837 | | ATL-L-676-16 |
| 134. | Fish, Evelyn v. Johnson & Johnson, et al. | 19-01351 | | ATL-L-2504-15 |
| 135. | Fishman, Karen E. v. Johnson & Johnson, et al. | 19-01797 | | ATL-L-950-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 136. | Fitch, Marian v. Johnson & Johnson, et al. | 19-01751 | 3:19-cv-15717 | ATL-L-1944-16 |
| 137. | Fitzsimmons, Carol v. Johnson & Johnson, et al. | 19-01567 | 3:19-cv-14965 | ATL-L-430-18 |
| 138. | Flanagan, Jill v. Johnson & Johnson, et al. | 19-01354 | | ATL-L-1228-16 |
| 139. | Flores, Estler v. Johnson & Johnson, et al. | 19-01471 | | ATL-L-2845-15 |
| 140. | Foligno, Robert R. v. Johnson & Johnson, et al. | 19-01641 | | ATL-L-1905-16 |
| 141. | Folos, James D. v. Johnson & Johnson, et al. | 19-01748 | 3:19-cv-15231 | ATL-L-1939-16 |
| 142. | Forance, Joann v. Johnson & Johnson, et al. | 19-01719 | | ATL-L-1239-16 |
| 143. | Fortunato, Eileen v. Johnson & Johnson, et al. | 19-01681 | 3:19-cv-15192 | ATL-L424-18 |
| 144. | Fowler, Gail v. Johnson & Johnson, et al. | 19-01643 | | ATL-L-55-18 |
| 145. | Frank, Erin v. Johnson & Johnson, et al. | 19-01323 | | ATL-L-304-18 |
| 146. | Franklin, Linda v. Johnson & Johnson, et al. | 19-01720 | 3:19-cv-15215 | ATL-L-1934-16 |
| 147. | Freeman, Laneice v. Johnson & Johnson, et al. | 19-01327 | | ATL-L-2931-18 |
| 148. | Freeman, Roger v. Johnson & Johnson, et al. | 19-01570 | 3:19-cv-14968 | ATL-L-434-18 |
| 149. | Fulton, Winifred v. Johnson & Johnson, et al. | 19-01646 | | ATL-L-1808-18 |
| 150. | Gallo, Elizabeth v. Johnson & Johnson, et al. | 19-01648 | | ATL-L-2711-17 |
| 151. | Garafalo, Dale | 19-01330 | | ATL-L-2163-18 |
| 152. | Garcia, Dalila v. Johnson & Johnson, et al. | 19-01781 | 3:19-cv-15242 | ATL-L-334-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 153. | Garwood, Dawn v. Johnson & Johnson, et al. | 19-01333 | | ATL-L-410-18 |
| 154. | Garza, Lilliann v. Johnson & Johnson, et al. | 19-01336 | | ATL-L-1230-16 |
| 155. | Gauthier, Lynn v. Johnson & Johnson, et al. | 19-01861 | | ATL-L-3568-14 |
| 156. | Gentile, Vito v. Johnson & Johnson, et al. | 19-01703 | | ATL-L-2698-18 |
| 157. | George, Mary v. Johnson & Johnson, et al. | 19-02000 | 3:19-cv-15490 | ATL-L-1156-16 |
| 158. | Giannone, Maria v. Johnson & Johnson, et al. | 19-01338 | | ATL-L-1882-18 |
| 159. | Giles, Ruth v. Johnson & Johnson, et al. | 19-01476 | | ATL-L-2888-15 |
| 160. | Gillespie, Saul v. Johnson & Johnson, et al. | 19-01517 | | ATL-L-472-15 |
| 161. | Giordano, Carl v. Johnson & Johnson, et al. | 19-01683 | 3:19-cv-15194 | ATL-L-1763-18 |
| 162. | Giordano, Rosemarie v. Johnson & Johnson, et al. | 19-01441 | | ATL-L-2661-17 |
| 163. | Glanton, Luvell v. Johnson & Johnson, et al. | 19-01478 | | ATL-L-85-15 |
| 164. | Gleason, Patricia v. Johnson & Johnson, et al. | 19-01856 | 3:19-cv-15280 | ATL-L-329-18 |
| 165. | Godfrey, Portia, et al. v. Johnson & Johnson, et al. | 19-01826 | 3:19-cv-15289 | ATL-1374-18 |
| 166. | Goldeski, Carleen v. Johnson & Johnson, et al. | 19-01443 | | ATL-L-2305-17 |
| 167. | Gonxhe, Kimberly v. Johnson & Johnson, et al. | 19-01574 | 3:19-cv-15058 | ATL-L-429-18 |
| 168. | Gonzalez, Antonia M. v. Johnson & Johnson, et al. | 19-01791 | 3:19-cv-15463 | ATL-L-440-19 |
| 169. | Gonzalez, Maria v. Johnson & Johnson, et al. | 19-01446 | | ATL-L-99-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 170. | Gordon, William v. Johnson & Johnson, et al. | 19-01450 | | ATL-L-2246-17 |
| 171. | Gorges, Rodney v. Johnson & Johnson, et al. | 19-01425 | | ATL-L-613-16 |
| 172. | Graham, Joy v. Johnson & Johnson, et al. | 19-01502 | | ATL-L-2959-15 |
| 173. | Graham-Conover, Carlyn v. Johnson & Johnson, et al. | 19-01428 | | ATL-L-2366-17 |
| 174. | Gramuglia, Carmela v. Johnson & Johnson, et al. | 19-01782 | 3:19-cv-15243 | ATL-L-2308-17 |
| 175. | Greene, Amanda v. Johnson & Johnson, et al. | 19-01824 | | ATL-L-624-19 |
| 176. | Greer,Latisia v. Johnson & Johnson et al | 19-01577 | 3:19-cv-15061 | ATL-L-2471-17 |
| 177. | Griffin, Geraldine v. Johnson & Johnson, et al. | 19-01433 | | ATL-L-97-16 |
| 178. | Grimm, Elaine A. v. Johnson & Johnson, et al. | 19-01454 | | ATL-L-1809-18 |
| 179. | Grossman, Lyla v. Johnson & Johnson, et al. | 19-01827 | 3:19-cv-15290 | ATL-L-1369-18 |
| 180. | Guinn, Ruby v. Johnson & Johnson, et al. | 19-01455 | | ATL-L-614-16 |
| 181. | Gullman, Elizabeth Ann v. Johnson & Johnson, et al. | 19-01451 | | ATL-L-310-16 |
| 182. | Gunnels, Veronica J. v. Johnson & Johnson, et al. | 19-01792 | 3:19-cv-15464 | ATL-L-588-19 |
| 183. | Gutierrez, Yolanda v. Johnson & Johnson, et al. | 19-01259 | 3:19-cv-10414 | ATL-L-1231-16 |
| 184. | Hall, Lekeithsha v. Johnson & Johnson, et al. | 19-01238 | | ATL-L-10-16 |
| 185. | Halliday-Cornell, Frances v. Johnson & Johnson, et al. | 19-01453 | | ATL-L-2286-17 |
| 186. | Handy, Earlene v. Johnson & Johnson, et al. | 19-01260 | 3:19-cv-10419 | ATL-L-2120-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 187. | Hanson, Rebecca v. Johnson & Johnson, et al. | 19-01504 | | ATL-L-6752-14 |
| 188. | Harding, Shantay v. Johnson & Johnson, et al. | 19-01749 | 3:19-cv-15457 | ATL-L-2542-17 |
| 189. | Harley, Sharon v. Johnson & Johnson, et al. | 19-01206 | 3:19-cv-10421 | ATL-L-2071-15 |
| 190. | Harrell, Michele v. Johnson & Johnson, et al. | 19-01650 | | ATL-L-2251-17 |
| 191. | Harris, Carol v. Johnson & Johnson, et al. | 19-01656 | | ATL-L-340-18 |
| 192. | Hawkins, Rhonda v. Johnson & Johnson, et al. | 19-01211 | 3:19-cv-10426 | ATL-L-1229-16 |
| 193. | Hayes, Sharon v. Johnson & Johnson, et al. | 19-01237 | 3:19-cv-13899 | ATL-L-12-16 |
| 194. | Hebron, Wilhelmin v. Johnson & Johnson, et al. | 19-01783 | 3:19-cv-15244 | ATL-L-336-18 |
| 195. | Hegde, Deepak v. Johnson & Johnson, et al. | 19-01691 | 3:19-cv-15201 | ATL-L-629-17 |
| 196. | Henry, Phaedra v. Johnson & Johnson, et al. | 19-01723 | 3:19-cv-15216 | ATL-L-1936-16 |
| 197. | Herrera, Sylvia v. Johnson & Johnson, et al. | 19-01726 | 3:19-cv-15217 | ATL-L-1159-16 |
| 198. | Herring, Evonne v. Johnson & Johnson, et al. | 19-01445 | | ATL-L-2247-17 |
| 199. | Hess, Gloria v. Johnson & Johnson, et al. | 19-01620 | 3:19-cv-15119 | ATL-L-2662-17 |
| 200. | Higgins, Christine v. Johnson & Johnson, et al. | 19-01506 | | ATL-L-2905-15 |
| 201. | Hightower, James v. Johnson & Johnson, et al. | 19-01239 | | ATL-L-1960-16 |
| 202. | Hillis, Rose v. Johnson & Johnson, et al. | 19-01755 | 3:19-cv-15718 | ATL-L-1692-16 |
| 203. | Hilton, Theresa et al v. Johnson & Johnson et al | 19-01621 | 3:19-cv-15121 | ATL-L-2429-17 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 204. | Hilton, Tracey v. Johnson & Johnson, et al. | 19-01466 | | ATL-L-885-16 |
| 205. | Holloway, Adriane v. Johnson & Johnson, et al. | 19-01507 | | ATL-L-2846-15 |
| 206. | Holman, Patricia v. Johnson & Johnson, et al. | 19-01510 | | ATL-L-2958-15 |
| 207. | Holub, Tamara v. Johnson & Johnson, et al. | 19-01511 | | ATL-L-6385-14 |
| 208. | Hooks, Anna v. Johnson & Johnson, et al. | 19-01762 | 3:19-cv-15721 | ATL-L-1836-16 |
| 209. | Horace-Thompson, Patricia v. Johnson & Johnson, et al. | 19-01706 | | ATL-L-111-18 |
| 210. | Horihan, Nancy and Christopher v. Johnson & Johnson et al. | 19-01674 | | MID-L-3525-19 |
| 211. | Horner, Kimberly v. Johnsn & Johnsn et al | 19-01448 | | ATL-L-2306-17 |
| 212. | Howard, Jennifer v. Johnson & Johnson, et al. | 19-01481 | | ATL-L-635-16 |
| 213. | Howard, Joedaja v. Johnson & Johnson, et al. | 19-01622 | 3:19-cv-15122 | ATL-L-2192-17 |
| 214. | Hughes, Vickie v. Johnson & Johnson, et al. | 19-01242 | | ATL-L-99-16 |
| 215. | Humphrey, Caroline v. Johnson & Johnson et al | 19-01623 | 3:19-cv-15123 | ATL-L-2503-17 |
| 216. | Hunter, Kristen v. Johnson & Johnson, et al. | 19-01245 | | ATL-L-1179-16 |
| 217. | Iacullo, Rosemarie v. Johnson & Johnson, et al. | 19-01864 | 3:19-cv-15478 | ATL-L-187-18 |
| 218. | Isaacson, Elsie v. Johnson & Johnson, et al. | 19-01739 | | ATL-L-2697-17 |
| 219. | Italiano, Jeanette v. Johnson & Johnson, et al. | 19-01442 | | ATL-L-2236-17 |
| 220. | Jackson, Lisa v. Johnson & Johnson, et al. | 19-01573 | 3:19-cv-15057 | ATL-L-2701-17 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 221. | Jacobson, Ann v. Johnson & Johnson, et al. | 19-01840 | | ATL-L-625-19 |
| 222. | Jeffrey, Ingrid v. Johnson & Johnson, et al. | 19-01469 | | ATL-L-2847-15 |
| 223. | Johnson, Adam v. Johnson & Johnson, et al. | 19-01785 | 3:19-cv-15246 | ATL-L-405-18 |
| 224. | Johnson, Elaine v. Johnson & Johnson, et al. | 19-01398 | | ATL-L-2248-17 |
| 225. | Johnson, Lester et al v. Johnson & Johnson et al | 19-01458 | | ATL-L-2434-17 |
| 226. | Johnson, Lucas v. Johnson & Johnson, et al. | 19-01463 | | ATL-L-36-15 |
| 227. | Johnson, Mary v. Johnson & Johnson, et al. | 19-01247 | | ATL-L-644-18 |
| 228. | Jones, Doris v. Johnson & Johnson, et al. | 19-01554 | | ATL-L-772-14 |
| 229. | Jones, Francine v. Johnson & Johnson, et al. | 19-01472 | | ATL-L-2848-15 |
| 230. | Jones, Karen v. Johnson & Johnson et al | 19-01575 | 3:19-cv-15059 | ATL-L-2454-17 |
| 231. | Jordan-Robinson, Laurie v. Johnson & Johnson, et al. | 19-01248 | | ATL-L-2443-18 |
| 232. | Judson, Joanne, et al. v. Johnson & Johnson, et al. | 19-01657 | | ATL-L-2604-17 |
| 233. | Kaminski, Deborah v. Johnson & Johnson, et al. | 19-01714 | | ATL-L-155-18 |
| 234. | Kapp, Gail v. Johnson & Johnson, et al. | 19-01249 | | ATL-L-2463-18 |
| 235. | Kassem, May v. Johnson & Johnson, et al. | 19-01820 | 3:19-cv-15310 | ATL-L-0439-19 |
| 236. | Kavanaugh, Sandra and Daniel Kavanaugh v. Johnson & Johnson, et al. | 19-01400 | | ATL-L-1134-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 237. | Kavookjian, Leah v. Johnson & Johnson, et al. | 19-01658 | | ATL-L-27-18 |
| 238. | Kelly, Kathleen, et al. v. Johnson & Johnson, et al. | 19-01716 | | ATL-L-835-18 |
| 239. | Kenney, James v. Johnson & Johnson, et al. | 19-01659 | | ATL-L-0682-18 |
| 240. | Kincade, Claude and Shelley Kincade v. Johnson & Johnson, et al. | 19-01475 | | ATL-L-6808-14 |
| 241. | Kincy, Nelda v. Johnson & Johnson, et al. | 19-01728 | 3:19-cv-15218 | ATL-L-1940-16 |
| 242. | Kirchner, Mary v. Johnson & Johnson, et al. | 19-01250 | | ATL-L-2528-17 |
| 243. | Kistler, Joyce v. Johnson & Johnson, et al. | 19-01566 | 3:19-cv-14964 | ATL-L-432-18 |
| 244. | Klimes, Jacquelin, et al. v. Johnson & Johnson, et al. | 19-01576 | 3:19-cv-15060 | ATL-L-2626-17 |
| 245. | Kobee, Holly, et al. v. Johnson & Johnson, et al. | 19-01838 | 3:19-cv-15294 | ATL-L-1371-18 |
| 246. | Kostuk, Kathy v. Johnson & Johnson, et al. | 19-01251 | | ATL-L-650-18 |
| 247. | Kosty, James v. Johnson & Johnson, et al. | 19-01261 | | ATL-L-2162-18 |
| 248. | Kramer, Roberta, et al. v. Johnson & Johnson, et al. | 19-01860 | 3:19-cv-15283 | ATL-L-216-18 |
| 249. | Krenis, Denise v. Johnson & Johnson, et al. | 19-01253 | | ATL-L-2464-18 |
| 250. | Kurczeski, Edward v. Johnson & Johnson, et al. | 19-01406 | | ATL-L-2249-17 |
| 251. | Kyrk, Christina and Loren Kyrk v. Johnson & Johnson, et al. | 19-01480 | | ATL-L-2947-15 |
| 252. | Lagarra, Angela v. Johnson & Johnson, et al. | 19-01660 | | ATL-L-261-18 |
| 253. | Laird, Shirley v. Johnson & Johnson, et al. | 19-01365 | | ATL-L-1140-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 254. | Landry, Clint Adam v. Johnson & Johnson, et al. | 19-01693 | 3:19-cv-15203 | ATL-L-969-16 |
| 255. | Lane, Jacqueline, et al. v. Johnson & Johnson, et al. | 19-01262 | | ATL-L-1391-18 |
| 256. | Lang, Michelle v. Johnson & Johnson, et al. | 19-01408 | | ATL-L-2288-17 |
| 257. | Lauterbach, Catherine, et al. v. Johnson & Johnson, et al. | 19-01717 | | ATL-L-975-18 |
| 258. | Lavigna, Mary v. Johnson & Johnson, et al. | 19-01412 | | ATL-L-2250-17 |
| 259. | Leach, Evelyn v. Johnson & Johnson, et al. | 19-01263 | | ATL-L-1471-18 |
| 260. | Lee, Chasity v. Johnson & Johnson, et al. | 19-01264 | | ATL-L-2717-17 |
| 261. | Lee, Rebecca v. Johnson & Johnson, et al. | 19-01414 | | ATL-L-229-19 |
| 262. | Lewis, Angela, et al. v. Johnson & Johnson, et al. | 19-01695 | 3:19-cv-15204 | ATL-L-426-18 |
| 263. | Lewis, Carla v. Johnson & Johnson, et al. | 19-01485 | | ATL-L-2957-15 |
| 264. | Lewis, Frankie A. v. Johnson & Johnson, et al. | 19-01488 | | ATL-L-377-15 |
| 265. | Lewis, Vivian v. Johnson & Johnson, et al. | 19-01265 | | ATL-L-2232-17 |
| 266. | Liberston, Edward v. Johnson & Johnson, et al. | 19-01267 | | ATL-L-2718-17 |
| 267. | Lindell, Suella and David v. Johnson & Johnson, et al. | 19-01417 | | ATL-L-996-16 |
| 268. | Lindsey, Caryn v. Johnson & Johnson, et al. | 19-01548 | | ATL-L-1082-16 |
| 269. | Linn, Joann M. v. Johnson & Johnson, et al. | 19-01770 | 3:19-cv-15235 | ATL-L-3051-18 |
| 270. | Locke, Ashley v. Johnson & Johnson, et al. | 19-01420 | | ATL-L-2253-17 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 271. | Lomas, Maryhelen v. Johnson & Johnson, et al. | 19-01627 | 3:19-cv-15128 | ATL-L-2705-17 |
| 272. | Lombardo, Vaughn v. Johnson & Johnson, et al. | 19-01580 | 3:19-cv-15064 | ATL-L-2715-17 |
| 273. | Lopez, Darlene, et al. v. Johnson & Johnson, et al. | 19-01630 | 3:19-cv-15165 | ATL-L-2629-17 |
| 274. | Lord, Deborah v. Johnson & Johnson, et al. | 19-01489 | | ATL-L-2945-15 |
| 275. | Lucas, Dianna v. Johnson & Johnson, et al. | 19-01490 | | ATL-L-6750-14 |
| 276. | Luerssen, James v. Johnson & Johnson, et al. | 19-01270 | | ATL-L-299-18 |
| 277. | Lugli, Robert v. Johnson & Johnson, et al. | 19-01847 | | ATL-L-999-16 |
| 278. | Maccioli, Mary v. Johnson & Johnson, et al. | 19-01434 | | ATL-L-1957-16 |
| 279. | Madera, Christine, et al. v. Johnson & Johnson, et al. | 19-01831 | | ATL-L-948-18 |
| 280. | Madretzke, Michelle v. Johnson & Johnson, et al. | 19-01696 | 3:19-cv-15205 | ATL-1759-18 |
| 281. | Magana, Guadalupe v. Johnson & Johnson, et al. | 19-01636 | 3:19-cv-15169 | ATL-L-2193-17 |
| 282. | Malapero, Marianne v. Johnson & Johnson, et al. | 19-01752 | 3:19-cv-15458 | ATL-L-2540-17 |
| 283. | Manley, Karen v. Johnson & Johnson, et al. | 19-01662 | | ATL-L-197-18 |
| 284. | Marcinek, Loraine v. Johnson & Johnson, et al. | 19-01404 | | ATL-L-956-15 |
| 285. | Marshall, Kathleen v. Johnson & Johnson, et al. | 19-01814 | | ATL-L-744-18 |
| 286. | Martin, Dawn v. Johnson & Johnson, et al. | 19-01698 | 3:19-cv-15206 | ATL-L-1818-16 |
| 287. | Martz, Lynne v. Johnson & Johnson, et al. | 19-01212 | | ATL-L-1491-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 288. | Mascitelli, Lisa v. Johnson & Johnson, et al. | 19-01214 | | ATL-L-653-18 |
| 289. | Masorti, Becki v. Johnson & Johnson, et al. | 19-01407 | | ATL-L-2724-15 |
| 290. | Matteo, Nicole v. Johnson & Jonson, et al. | 19-01857 | 3:19-cv-15281 | ATL-L-1375-18 |
| 291. | Matyola, Catherine, et al.  v. Johnson & Johnson, et al. | 19-01815 | | ATL-L-1779-18 |
| 292. | Mauriello, Diane, et al. v. Johnson & Johnson, et al. | 19-01410 | | ATL-L-1578-18 |
| 293. | Mazzella, Linda v. Johnson & Johnson, et al. | 19-01794 | 3:19-cv-15465 | ATL-L-790-18 |
| 294. | Mazzuca, John v. Johnson & Johnson, et al. | 19-01413 | | ATL-L-2254-17 |
| 295. | McCartney, Cathy v. Johnson & Johnson, et al. | 19-01388 | | ATL-L-860-18 |
| 296. | McCormack, Arlene v. Johnson & Johnson, et al. | 19-01754 | 3:19-cv-15459 | ATL-L-394-18 |
| 297. | McGann, Ellen v. Johnson & Johnson, et al. | 19-01784 | 3:19-cv-15245 | ATL-L-332-18 |
| 298. | McGowens, Helen v. Johnson & Johnson, et al. | 19-01431 | | ATL-L-2278-17 |
| 299. | McKenna, Barbara v. Johnson & Johnson, et al. | 19-01390 | | ATL-L-1953-17 |
| 300. | McKinney Barbara v. Johnson & Johnson, et al. | 19-01756 | | ATL-L-373-18 |
| 301. | McLaughlin, Mandy v. Johnson & Johnson, et al. | 19-00175 | 3:19-cv-15207 | ATL-L-1208-16 |
| 302. | McNeill, Brian v. Johnson & Johnson, et al. | 19-01852 | | ATL-L-219-19 |
| 303. | McQuillen, Karen v. Johnson & Johnson, et al. | 19-01393 | | ATL-L-2255-17 |
| 304. | McTamney, Laurelee v. Johnson & Johnson, et al. | 19-01394 | | ATL-L-2258-17 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 305. | McWhorter, Barbara v. Johnson & Johnson, et al. | 19-01796 | 3:19-cv-15466 | ATL-L-7-19 |
| 306. | Melberger, Kevin v. Johnson & Johnson, et al. | 19-01399 | | ATL-L-2307-17 |
| 307. | Mendes, Nicole v. Johnson & Johnson, et al. | 19-01663 | | ATL-L-209-18 |
| 308. | Metzler, Dianna v. Johnson & Johnson, et al. | 19-01401 | | ATL-L-2263-17 |
| 309. | Michaelson, Barbara v. Johnson & Johnson, et al. | 19-01665 | | ATL-L-330-18 |
| 310. | Milano, Luci v. Johnson & Johnson, et al. | 19-01402 | | ATL-L-1807-18 |
| 311. | Miller, Cherie v. Johnson & Johnson, et al. | 19-01405 | | ATL-L-610-16 |
| 312. | Miller, Eden v. Johnson & Johnson, et al. | 19-01640 | 3:19-cv-15170 | ATL-L-2699-17 |
| 313. | Miranda, Maria v. Johnson & Johnson, et al. | 19-01491 | | ATL-L-2970-15 |
| 314. | Mobley, Dorothy v. Johnson & Johnson, et al. | 19-01644 | 3:19-cv-15171 | ATL-L-130-18 |
| 315. | Mohammad, Cynthia v. Johnson & Johnson, et al. | 19-01817 | 3:19-cv-15307 | ATL-L-401-16 |
| 316. | Monroe, Exia v. Johnson & Johnson, et al. | 19-01436 | | ATL-L-2310-17 |
| 317. | Moore, Lou Ann v. Johnson & Johnson, et al. | 19-01492 | | ATL-L-929-16 |
| 318. | Moore, Steven v. Johnson & Johnson, et al. | 19-01647 | 19-cv-15172 | ATL-L-148-18 |
| 319. | Morales, Lillian v. Johnson & Johnson, et al. | 19-01758 | 19-cv-15719 | ATL-L-1937-16 |
| 320. | Moran, Margarita v. Johnson & Johnson, et al. | 19-01633 | | ATL-L-262-18 |
| 321. | Moreira, Maria, et al. v. Johnson & Johnson, et al. | 19-01416 | | ATL-L-127-19 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 322. | Morgan, Cynthia v. Johnson & Johnson, et al. | 19-01418 | | ATL-L-2265-17 |
| 323. | Morgan, Joanne v. Johnson & Johnson, et al. | 19-01819 | | ATL-L-465-18 |
| 324. | Morris, Traycee v. Johnson & Johnson, et al. | 19-01635 | | ATL-L-2605-17 |
| 325. | Mortimer, Laura v. Johnson & Johnson, et al. | 19-01421 | | ATL-L-1232-16 |
| 326. | Mungle, Connie et al v. Johnson & Johnson et al | 19-01556 | 3:19-cv-14940 | ATL-L-2474-17 |
| 327. | Nagel, Loretta v. Johnson & Johnson, et al. | 19-01634 | 3:19-cv-15168 | ATL-L-2714-17 |
| 328. | Napolitano, Lori v. Johnson & Johnson, et al. | 19-01422 | | ATL-L-2289-17 |
| 329. | Neenhold, Barbara v. Johnson & Johnson, et al. | 19-01638 | | ATL-L-196-18 |
| 330. | Newsome, Velma v. Johnson & Johnson, et al. | 19-01759 | 3:19-cv-15460 | ATL-L-982-18 |
| 331. | Newton, Ricci V. v. Johnson & Johnson, et al. | 19-01493 | | ATL-L-525-16 |
| 332. | Nicosia, Judith v. Johnson & Johnson, et al. | 19-01426 | | ATL-L-2161-18 |
| 333. | Niedzwiecki, Gene v. Johnson & Johnson, et al. | 19-01707 | 3:19-cv-15209 | ATL-L-664-17 |
| 334. | Norcross, Melissa v. Johnson & Johnson, et al. | 19-01427 | | ATL-L-861-18 |
| 335. | Norman, Ollie v. Johnson & Johnson, et al. | 19-01494 | | ATL-L-296-16 |
| 336. | Norris, Diane v. Johnson & Johnson, et al. | 19-01437 | | ATL-L-729-16 |
| 337. | Novicky, Dolores v. Johnson & Johnson, et al. | 19-01642 | | ATL-L-56-18 |
| 338. | Nowe, Margaret v. Johnson & Johnson, et al. | 19-01439 | | ATL-L-297-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 339. | Nuss, Kathryn v. Johnson & Johnson, et al. | 19-01440 | | ATL-L-1295-18 |
| 340. | O'Brien, Helene v. Johnson & Johnson et al | 19-01558 | 3:19-cv-14942 | ATL-L-2439-17 |
| 341. | Odom, W. Alex v. Johnson & Johnson, et al. | 19-01551 | | ATL-L-2967-15 |
| 342. | Olberts, Cristi v. Johnson & Johnson, et al. | 19-01945 | | ATL-L-2725-15 |
| 343. | Oliver, RoseMarie v. Johnson & Johnson, et al. | 19-01495 | | ATL-L-2948-15 |
| 344. | O'Neill, Diana v. Johnson & Johnson, et al. | 19-01709 | 3:19-cv-15210 | ATL-L-2813-18 |
| 345. | Orlando, Aurora v. Johnson & Johnson, et al. | 19-01645 | | ATL-L-2702-17 |
| 346. | Orman, Michelle v. Johnson & Johnson, et al. | 19-01357 | | ATL-L-247-16 |
| 347. | Ourso, Robert P., Jr. v. Johnson & Johnson, et al. | 19-01522 | | ATL-L-6749-14 |
| 348. | Owens, Bernida v. Johnson & Johnson, et al. | 19-01829 | | ATL-L-2453-18 |
| 349. | Owens, Denise v. Johnson & Johnson, et al. | 19-01361 | | ATL-L-645-18 |
| 350. | Palmai, Carol v. Johnson & Johnson, et al. | 19-01753 | | ATL-L-202-18 |
| 351. | Palumbo, Roseann v. Johnson & Johnson, et al. | 19-01710 | 3:19-cv-15211 | ATL-L-212-19 |
| 352. | Pams, Latoyia v. Johnson & Johnson, et al. | 19-01496 | | ATL-L-2759-15 |
| 353. | Parker, Venessa v. Johnson & Johnson, et al. | 19-01368 | | ATL-L-288-15 |
| 354. | Pascavage, Frances, et al. v. Johnson & Johnson, et al. | 19-01375 | | ATL-L-1073-18 |
| 355. | Paulson, Lorraine v. Johnson & Johnson, et al. | 19-01631 | | ATL-L-2053-17 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 356. | Pearyer, Sheila v. Johnson & Johnson, et al. | 19-01836 | | ATL-L-091-19 |
| 357. | Perez, Nidia v. Johnson & Johnson, et al. | 19-01725 | | ATL-L-433-19 |
| 358. | Peridore, Mickael v. Johnson & Johnson, et al. | 19-01381 | | ATL-L-1959-16 |
| 359. | Perkins, Donna v. Johnson & Johnson, et al. | 19-01497 | | ATL-L-2849-15 |
| 360. | Petka, Anne v. Johnson & Johnson, et al. | 19-01409 | | ATL-L-654-18 |
| 361. | Petraco, Carol et al v. Johnson & Johnson et al | 19-01411 | | ATL-L-2405-17 |
| 362. | Petrone, Kathleen v. Johnson & Johnson, et al. | 19-01973 | 3:19-cv-15318 | ATL-L-162416 |
| 363. | Petrone, Mary v. Johnson & Johnson, et al. | 19-01712 | 3:19-cv-15213 | ATL-L-2635-L |
| 364. | Pettway, Tasha v. Johnson & Johnson, et al. | 19-01415 | | ATL-L-255-15 |
| 365. | Phillips, Beverly v. Johnson & Johnson, et al. | 19-01561 | 3:19-cv-14959 | ATL-L-2663-17 |
| 366. | Phillips, Roger v. Johnson & Johnson, et al. | 19-01563 | 3:19-cv-14962 | ATL-L-428-18 |
| 367. | Pietruszka, Marta v. Johnson & Johnson, et al. | 19-01216 | | ATL-L-1470-18 |
| 368. | Pinizzotto, Joseph v. Johnson & Johnson, et al. | 19-01771 | 3:19-cv-15236 | ATL-L-1873-17 |
| 369. | Plant, Mary Anna v. Johnson & Johnson, et al. | 19-01217 | | ATL-L-1806-18 |
| 370. | Pokryska, Jeffrey v. Johnson & Johnson, et al. | 19-01773 | 3:19-cv-15237 | ATL-L-187-17 |
| 371. | Pollard, Deborah v. Johnson & Johnson, et al. | 19-01498 | | ATL-L-243-15 |
| 372. | Pondillo, Albert v. Johnson & Johnson, et al. | 19-01499 | | ATL-L-2766-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 373. | Popov, Sharon v. Johnson & Johnson, et al. | 19-01419 | | ATL-L-2290-17 |
| 374. | Powell, Sara v. Johnson & Johnson, et al. | 19-01951 | 3:19-cv-15488 | ATL-L-105-18 |
| 375. | Pratt, Dana v. Johnson & Johnson, et al. | 19-01423 | | ATL-L-2506-15 |
| 376. | Presnal, Rose v. Johnson & Johnson, et al. | 19-01218 | | ATL-L409-18 |
| 377. | Price, Andrea v. Johnson & Johnson, et al. | 19-01219 | | ATL-L-1958-16 |
| 378. | Pugh, Annette v. Johnson & Johnson, et al. | 19-01503 | | ATL-L-2897-15 |
| 379. | Raad-Bier, Lisa v. Johnson & Johnson, et al. | 19-01430 | | ATL-L-130-16 |
| 380. | Ragusa, Maria v. Johnson & Johnson, et al. | 19-01651 | | ATL-L-266-18 |
| 381. | Rak, Joanna v. Johnson & Johnson, et al. | 19-01800 | | ATL-L-2355-17 |
| 382. | Ramdeen, Tessa Rae, et al. v. Johnson & Johnson, et al. | 19-01713 | 3:19-cv-15214 | ATL-L-2952-18 |
| 383. | Randolph, Sandra v. Johnson & Johnson, et al. | 19-01730 | | ATL-L-1243-16 |
| 384. | Rankin, Mary and Walter E. Rankin v. Johnson & Johnson, et al. | 19-01221 | | ATL-L-1181-16 |
| 385. | Ratta, Renee v. Johnson & Johnson, et al. | 19-01505 | | ATL-L-2944-15 |
| 386. | Ravencraft, Elaine, et al. v. Johnson & Johnson, et al. | 19-01236 | | ATL-L-295-18 |
| 387. | Rawlins, David v. Johnson & Johnson, et al. | 19-01761 | 3:19-cv-15720 | ATL-L-1441-15 |
| 388. | Recigno, Gloria, et al. v. Johnson & Johnson, et al. | 19-01685 | 3:19-cv-15195 | ATL-L-2634-L |
| 389. | Reddell, Renee v. Johnson & Johnson, et al. | 19-01508 | | ATL-L-6798-14 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 390. | Renna, Michael et al. v. Johnson & Johnson et al. | 19-01240 | | ATL-L-2268-17 |
| 391. | Ressler, Lillie v. Johnson & Johnson, et al. | 19-01241 | | ATL-L-611-16 |
| 392. | Reyes, Venus v. Johnson & Johnson, et al. | 19-01764 | | ATL-L-258-18 |
| 393. | Rico, Richard v. Johnson & Johnson, et al. | 19-01512 | | ATL-L-2903-15 |
| 394. | Riegler, Michael v. Johnson & Johnson, et al. | 19-01243 | | ATL-L-2461-18 |
| 395. | Ring, Debra v. Johnson & Johnson, et al. | 19-01244 | | ATL-L-2159-18 |
| 396. | Roan, Bonnie v. Johnson & Johnson, et al. | 19-01246 | | ATL-L-13-16 |
| 397. | Robbins, Kay v. Johnson & Johnson, et al. | 19-01514 | | ATL-L-6744-14 |
| 398. | Robertiello, Dorothy v. Johnson & Johnson, et al. | 19-01257 | | ATL-L-1870-18 |
| 399. | Robinson, Jr., Adolph v. Johnson & Johnson, et al. | 19-01518 | | ATL-L-2896-15 |
| 400. | Robinson, Robin Ann, et al. v. Johnson & Johnson, et al. | 19-01686 | 3:19-cv-15196 | ATL-L-353-18 |
| 401. | Rodi, Theresa v. Johnson & Johnson, et al. | 19-01757 | | ATL-L-213-18 |
| 402. | Roe, Delores v. Johnson & Johnson, et al. | 19-01258 | | ATL-L-7-16 |
| 403. | Roland, Letitcia v. Johnson & Johnson, et al. | 19-01525 | | ATL-L-2902-15 |
| 404. | Ronda, Zulma v. Johnson & Johnson, et al. | 19-01530 | | ATL-L-2963-15 |
| 405. | Rose, Arlene v. Johnson & Johnson, et al. | 19-01568 | 3:19-cv-14966 | ATL-L-2703-17 |
| 406. | Rushworth, Tina v. Johnson & Johnson, et al. | 19-01531 | | ATL-L-2894-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 407. | Russell, Latresa v. Johnson & Johnson et al | 19-01572 | 3:19-cv-15056 | ATL-L-2443-17 |
| 408. | Ryley, Tina v. Johnson & Johnson, et al. | 19-01266 | | ATL-L-2293-17 |
| 409. | Salmans, Julie v. Johnson & Johnson, et al. | 19-01519 | | ATL-L-6386-14 |
| 410. | Salmon-Musso, Lillian M. v. Johnson & Johnson, et al. | 19-01268 | | ATL-L-649-18 |
| 411. | Sanders, Cloviece v. Johnson & Johnson, et al. | 19-02001 | | ATL-L-675-16 |
| 412. | Sandlaufer, Deborah v. Johnson & Johnson, et al. | 19-01527 | | ATL-L-2396-14 |
| 413. | Sarcone, Ralph v. Johnson & Johnson, et al. | 19-01457 | | ATL-L-3072-18 |
| 414. | Schulman, Kathleen v. Johnson & Johnson, et al. | 19-01460 | | ATL-L-2269-17 |
| 415. | Schwartz, Alan v. Johnson & Johnson, et al. | 19-01269 | | ATL-L-2270-17 |
| 416. | Scott, Jeroald v. Johnson & Johnson, et al. | 19-01465 | | ATL-L-2233-17 |
| 417. | Scroogins, Nancy v. Johnson & Johnson, et al. | 19-01687 | 3:19-cv-15197 | ATL-L-1668-16 |
| 418. | Scutari, Denise v. Johnson & Johnson, et al. | 19-02002 | 3:19-cv-15725 | ATL-L-2559-17 |
| 419. | Sellari, Lynn Mary v. Johnson & Johnson, et al. | 19-01803 | 3:19-cv-17172 | ATL-L-1574-18 |
| 420. | Semenas, Sandra v. Johnson & Johnson, et al. | 19-01341 | | ATL-L-2271-17 |
| 421. | Semler, Carol, et al. v. Johnson & Johnson, et al. | 19-01653 | | ATL-L-28-18 |
| 422. | Shade, Charles Lee, Jr. v. Johnson & Johnson, et al. | 19-01271 | | ATL-L-2119-15 |
| 423. | Shafer, Linda v. Johnson & Johnson, et al. | 19-01344 | | ATL-L-0852-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 424. | Shareshian, Jennifer v. Johnson & Johnson, et al. | 19-01273 | | ATL-L-2496-18 |
| 425. | Shea, Dolores v. Johnson & Johnson, et al. | 19-01774 | 3:19-cv-15238 | ATL-L-1872-17 |
| 426. | Sheppard, Charles v. Johnson & Johnson, et al. | 19-01275 | | ATL-L-1040-16 |
| 427. | Shockley, Kristie v. Johnson & Johnson, et al. | 19-01276 | | ATL-L-1955-16 |
| 428. | Shoemaker, Julianne v. Johnson & Johnson, et al. | 19-01277 | | ATL-L-1227-16 |
| 429. | Shorter, Linda v. Johnson & Johnson, et al. | 19-01278 | | ATL-L-1418-17 |
| 430. | Silk, Catherine v. Johnson & Johnson, et al. | 19-01760 | | ATL-L-2594-17 |
| 431. | Silvey, Timothy v. Johnson & Johnson, et al. | 19-01347 | | ATL-L-3071-18 |
| 432. | Simpson, Tonya N. v. Johnson & Johnson, et al. | 19-01533 | | ATL-L-2949-15 |
| 433. | Sims, Ricky L. v. Johnson & Johnson, et al. | 19-01848 | | ATL-L-475-15 |
| 434. | Singer, Marci, et al. v. Johnson & Johnson, et al. | 19-01279 | | ATL-L-2719-17 |
| 435. | Single, Harry Jr. v. Johnson & Johnson, et al. | 19-01284 | | ATL-L-1876-16 |
| 436. | Siniscalchi, Richard v. Johnson & Johnson, et al. | 19-01286 | | ATL-L-2720-17 |
| 437. | Sinkewitz, Misty, et al. v. Johnson & Johnson, et al. | 19-01718 | | ATL-L-1037-18 |
| 438. | Smith, Brian Paul v. Johnson & Johnson, et al. | 19-01289 | | ATL-L-311-16 |
| 439. | Smith, Deborah v. Johnson & Johnson, et al. | 19-01786 | 3:19-cv-15247 | ATL-L-2309-L |
| 440. | Smith, Spencer v. Johnson & Johnson, et al. | 19-01841 | 3:19-cv-15297 | ATL-L-1325-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 441. | Smith, Susan v. Johnson & Johnson, et al. | 19-01291 | | ATL-L-1956-16 |
| 442. | Smith-Brown, Sheena v. Johnson & Johnson, et al. | 19-01536 | | ATL-L-2892-15 |
| 443. | Smith-Morris, Rita v. Johnson & Johnson, et al. | 19-01295 | | ATL-L-651-18 |
| 444. | Spencer, Carolyn v. Johnson & Johnson, et al. | 19-01298 | | ATL-L-1660-15 |
| 445. | Spier, Katje v. Johnson & Johnson, et al. | 19-01799 | 3:19-cv-15467 | ATL-L-004-18 |
| 446. | Spiller, Jessica v. Johnson & Johnson, et al. | 19-01272 | | ATL-L-193-16 |
| 447. | Stein, Jillyan v. Johnson & Johnson, et al. | 19-01274 | | ATL-L-2121-15 |
| 448. | Steinberg, Ashley v. Johnson & Johnson, et al. | 19-01537 | | ATL-L-2179-16 |
| 449. | Stone, Debbie v. Johnson & Johnson, et al. | 19-01538 | | ATL-L-2850-15 |
| 450. | Street, Patricia and Street, Michael v. Johnson & Johnson, et al. | 19-01280 | | ATL-L-616-16 |
| 451. | Strosser, Carol v. Johnson & Johnson, et al. | 19-01737 | | ATL-L-2578-17 |
| 452. | Sulkowski, Deborah v. Johnson & Johnson, et al. | 19-01542 | | ATL-L-6239-14 |
| 453. | Sullivan, Emily P. v. Johnson & Johnson, et al. | 19-01282 | | ATL-L-5142-14 |
| 454. | Sutcliffe, Lynn S. v. Johnson & Johnson, et al. | 19-01285 | | ATL-L-1344-18 |
| 455. | Szwajkowski, David v. Johnson & Johnson, et al. | 19-01288 | | ATL-L-728-16 |
| 456. | Talucci, Barbara v. Johnson & Johnson, et al. | 19-01290 | | ATL-L-2272-17 |
| 457. | Tart, Barbara v. Johnson & Johnson, et al. | 19-01292 | | ATL-1805-18 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 458. | Taylor, Barbara v. Johnson & Johnson, et al. | 19-01350 | | ATL-L-1913-16 |
| 459. | Taylor, Debra Ann v. Johnson & Johnson, et al. | 19-01843 | 3:19-cv-15276 | ATL-L-1370-18 |
| 460. | Taylor, Lisette v. Johnson & Johnson, et al. | 19-01293 | | ATL-L-1675-16 |
| 461. | Tennebaum, Pearl v. Johnson & Johnson, et al. | 19-01296 | | ATL-L-2294-17 |
| 462. | Terrano-Urcioli, Gerilyn, et al. v. Johnson & Johnson, et al. | 19-01845 | 3:19-cv-15278 | ATL-L-1372-18 |
| 463. | Thacker, Dottie v. Johnson & Johnson, et al. | 19-01353 | | ATL-L-847-16 |
| 464. | Thomas, Sheryl v. Johnson & Johnson, et al. | 19-01578 | 3:19-cv-15062 | ATL-L-2722-17 |
| 465. | Thompson, Barbara v. Johnson & Johnson, et al. | 19-01355 | | ATL-L-656-18 |
| 466. | Thompson, Laura v. Johnson & Johnson, et al. | 19-01297 | | ATL-L-2295-17 |
| 467. | Thornsberry, Orie v. Johnson & Johnson, et al. | 19-01624 | 3:19-cv-15124 | ATL-L-433-18 |
| 468. | Thurman, Margaret v. Johnson & Johnson, et al. | 19-01358 | | ATL-L-1-16 |
| 469. | Tischner, Joyce v. Johnson & Johnson, et al. | 19-01654 | | ATL-L-348-18 |
| 470. | Tloczkowski, Patrica and Richard Tloczkowski v. Johnson & Johnson, et al. | 19-01363 | | ATL-L-1658-15 |
| 471. | Toliver, Regina v. Johnson & Johnson, et al. | 19-01652 | 3:19-cv-15173 | ATL-L-149-18 |
| 472. | Torre, Nancy A. v. Johnson & Johnson, et al. | 19-01367 | | ATL-L-853-18 |
| 473. | Truesdale, Queanna v. Johnson & Johnson, et al. | 19-01545 | | ATL-L-2943-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 474. | Unruh, Sandra v. Johnson & Johnson, et al. | 19-01370 | | ATL-L-2279-17 |
| 475. | Urick, Robert v. Johnson & Johnson, et al. | 19-01374 | | ATL-L-659-18 |
| 476. | Valentine, Jeanette v. Johnson & Johnson, et al. | 19-01379 | | ATL-L-1579-18 |
| 477. | Van Allen, Lynn v. Johnson & Johnson, et al. | 19-01763 | | ATL-L-2696-17 |
| 478. | Vanbrunt, Cynthia v. Johnson & Johnson, et al. | 19-01844 | 3:19-cv-15277 | ATL-L-1874-17 |
| 479. | Vanessa, Godin v. Johnson & Johnson, et al. | 19-01649 | | ATL-L-1640-18 |
| 480. | Vazquez, Antonio v. Johnson & Johnson, et al. | 19-01632 | 3:19-cv-15167 | ATL-L-431-18 |
| 481. | Veal, Robin v. Johnson & Johnson, et al. | 19-01447 | | ATL-L-2277-17 |
| 482. | Vega, Olga v. Johnson & Johnson, et al. | 19-01449 | | ATL-L-2462-18 |
| 483. | Vegge, Rosemary v. Johnson & Johnson, et al. | 19-01625 | 3:19-cv-15126 | ATL-L-2704-17 |
| 484. | Verdusco, Matina v. Johnson & Johnson, et al. | 19-01452 | | ATL-L-589-16 |
| 485. | Verikokkos, Anthony v. Johnson & Johnson, et al. | 19-01546 | | ATL-L-2971-15 |
| 486. | Virgilito, Jennifer v. Johnson & Johnson, et al. | 19-01671 | | ATL-L331-18 |
| 487. | Viruet, Jessica v. Johnson & Johnson, et al. | 19-01456 | | ATL-L-296-18 |
| 488. | Viscusi, Patricia et al v. Johnson & Johnson et al | 19-01360 | | ATL-L-2435-17 |
| 489. | Volker-Loguidice, Amanda v. Johnson & Johnson, et al. | 19-01362 | | ATL-L-2273-17 |
| 490. | Wagner, Susan v. Johnson & Johnson, et al. | 19-01765 | 3:19-cv-15722 | ATL-L1935-16 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 491. | Walker, Alline v. Johnson & Johnson, et al. | 19-01364 | | ATL-L-292-19 |
| 492. | Wallace, Shadra v. Johnson & Johnson, et al. | 19-01366 | | ATL-L-1509-16 |
| 493. | Walters, Christine v. Johnson & Johnson, et al. | 19-01676 | | ATL-210-18 |
| 494. | Waters, Theresa v. Johnson & Johnson, et al. | 19-01731 | | ATL-L-1242-16 |
| 495. | Watson, Linda v. Johnson & Johnson, et al. | 19-01788 | 3:19-cv-15248 | ATL-L-328-18 |
| 496. | Waugh, Edward (Reprensative of Clarice Waugh) v. Johnson & Johnson, et al. | 19-01369 | | ATL-L-8-16 |
| 497. | Webb, Wanda v. Johnson & Johnson, et al. | 19-01371 | | ATL-L-1184-16 |
| 498. | Weisbrot, Steven v. Johnson & Johnson, et al. | 19-01802 | 3:19-cv-15469 | ATL-L-1721-17 |
| 499. | Welch, Coreyonna v. Johnson & Johnson et al | 19-01626 | 3:19-cv-15127 | ATL-L-2460-17 |
| 500. | Weldon, Kathleen v. Johnson & Johnson, et al. | 19-01767 | | ATL-L-359-18 |
| 501. | Werner, Craig v. Johnson & Johnson, et al. | 19-01854 | | ATL-L-18-14 |
| 502. | West, James v. Johnson & Johnson, et al. | 19-01806 | 3:19-cv-15471 | ATL-L-2913-18 |
| 503. | Wheet, Gladies v. Johnson & Johnson, et al. | 19-01974 | 3:19-cv-15319 | ATL-L-211-18 |
| 504. | Whisenant, Joyce v. Johnson & Johnson, et al. | 19-01532 | | ATL-L-2956-15 |
| 505. | Whitley, Catherine v. Johnson & Johnson, et al. | 19-01789 | 3:19-cv-15301 | ATL-L-335-18 |
| 506. | Whittington, La'Wanda v. Johnson & Johnson, et al. | 19-01535 | | ATL-L-2851-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 507. | Wilkerson, Gloria v. Johnson & Johnson, et al. | 19-01372 | | ATL-L-2274-17 |
| 508. | Wilkes, Eva v. Johnson & Johnson, et al. | 19-01376 | | ATL-L-312-16 |
| 509. | Williams, Frances Darlene v. Johnson & Johnson, et al. | 19-01500 | | ATL-L-6724-14 |
| 510. | Williams, Gail v. Johnson & Johnson, et al. | 19-01378 | | ATL-L-957-15 |
| 511. | Williams, Kamal v. Johnson & Johnson, et al. | 19-01689 | 3:19-cv-15199 | ATL-L-1080-16 |
| 512. | Williams, Sallie v. Johnson & Johnson, et al. | 19-01655 | 3:19-cv-15174 | ATL-L-381-18 |
| 513. | Wilson, Anita v. Johnson & Johnson, et al. | 19-01855 | | ATL-L-185-16 |
| 514. | Wilson, Sherry v. Johnson & Johnson, et al. | 19-01380 | | ATL-L-1182-16 |
| 515. | Wilwert, Helen v. Johnson & Johnson, et al. | 19-01382 | | ATL-L-1297-18 |
| 516. | Wingert, Kristine v. Johnson & Johnson, et al. | 19-01539 | | ATL-L-2853-15 |
| 517. | Wooldridge, Joel D. v. Johnson & Johnson, et al. | 19-01540 | | ATL-L-6661-14 |
| 518. | Wyble, Carolyn v. Johnson & Johnson, et al. | 19-01768 | 3:19-cv-15461 | ATL-L-398-18 |
| 519. | Xochihua, Maria v. Johnson & Johnson, et al. | 19-01734 | 3:19-cv-15220 | ATL-L-1237-16 |
| 520. | Yates, Eunice v. Johnson & Johnson, et al. | 19-01628 | 3:19-cv-15130 | ATL-L-358-18 |
| 521. | Yecco, Maria v. Johnson & Johnson, et al. | 19-01772 | 3:19-cv-15462 | ATL-L-2537-17 |
| 522. | Young, Louanne v. Johnson & Johnson et al | 19-01975 | 3:19-cv-15489 | ATL-L-2419-17 |
| 523. | Young, Sharon v. Johnson & Johnson, et al. | 19-01543 | | ATL-L-306-15 |

| | Case Caption | DNJ Bankruptcy Case Number | DNJ Civil Case No. | NJ Superior Court Case No. |
|---|---|---|---|---|
| 524. | Zaks, Nancy v. Johnson & Johnson, et al. | 19-01721 | | ATL-L-1443-18 |
| 525. | Zane, Della v. Johnson & Johnson, et al. | 19-01384 | | ATL-L-2275-17 |
| 526. | Zarrilli, Christine v. Johnson & Johnson, et al. | 19-01953 | | ATL-L-1480-16 |
| 527. | Zeidman, Deborah v. Johnson & Johnson, et al. | 19-01386 | | ATL-L-862-18 |
| 528. | Zucker, Donna v. Johnson & Johnson, et al. | 19-01387 | | ATL-L-2276-17 |